[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  13-12196
Non-Argument Calendar

_____

D.C. Docket No. 1:12-cr-00166-CG-C-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FLORENCE CHIGOZIE NNA,
RODNEY EUGENE HILL,

Defendants-Appellants.

_____

Appeals from the United States District Court
for the Southern District of Alabama

_____

(April 29, 2014)

Before HULL, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Paul D. Brown, appointed counsel for Rodney Eugene Hill in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  J. Clark Stankowski, appointed counsel for Florence Chigozie Nna in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders</u>, 386 U.S. 738, 87 S.Ct. 1396.  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsels' motions to withdraw are **GRANTED**, and Hills's and Nna's convictions and sentences are **AFFIRMED**.